# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TROVER GROUP, INC., AND SECURITY CENTER, INC. § § § | |
| Plaintiffs, § | |
| § | Civil Action No. 2:06-CV-445-TJW |
| v. § | |
| § | Jury Trial Demanded |
| DIEBOLD, INCORPORATED § § | |
| Defendant. § § § § | |

## JOINT NOTICE OF COMPLIANCE WITH P.R. 4-5(d)

Plaintiff Trover Group, Inc. and Defendant Diebold, Incorporated hereby certify that they have complied with Local Rule P.R. 4-5(d) by submitting joint claim construction charts to the Court in WordPerfect format.

        Respectfully submitted,

        s/ Steven N. Williams
        Steven N. Williams
        Texas State Bar No. 21577625
        williams@slater-matsil.com
        ATTORNEY-IN-CHARGE
        Steven H. Slater
        Texas State Bar No. 00784985
        slater@slater-matsil.com

        **Slater & Matsil, LLP**

        17950 Preston Road, Suite 1000
        Dallas, Texas 75252
        Telephone: (972) 732-1001
        Facsimile: (972) 732-9218

        **Anthony K. Bruster**
        Texas State Bar Number 24036280
        akbruster@nixlawfirm.com

        **Brady Paddock**
        Texas State Bar Number 00791394
        bpaddock@nixlawfirm.com

        **D. Neil Smith**
        dnsmith@nixlawfirm.com
        Texas State Bar Number 00797450

        **NIX, PATTERSON & ROACH, LLP.**
        2900 St. Michael Drive, Suite 500
        Texarkana, Texas 75503
        Telephone: (903) 223-3999
        Fax: (903) 223-8520

        **ATTORNEYS FOR PLAINTIFF**

        s/ Bruce S. Sostek
        Bruce S. Sostek
        Lead Attorney
        Texas Bar No. 18855700
        Bruce.Sostek@tklaw.com
        Gerald W. Roberts
        Indiana Bar No. 19540-49
        Gerald.Roberts@tklaw.com

        THOMPSON & KNIGHT LLP
        1700 Pacific Avenue, Suite 3300
        Dallas, Texas 75201
        Phone: (214)969-1700

        S. Calvin Capshaw
        Texas Bar No. 03783900
        CCapshaw@MailBMC.com

        Capshaw DeRieux.LLP
        1127 Judson Road, Suite 220
        Longview, Texas 75601-5157
        P.O. Box 3999
        Longview, Texas 75606-399

        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system pursuant to the Court's Local Rules this 9th day of July, 2008.

s/ Steven N. Williams